L. Paul Mankin, Esq. (SBN 264038)
The Law Office of L. Paul Mankin
8730 Wilshire Blvd., Suite 310
Beverly Hills, CA 90211
Phone: (800) 219-3577
Fax: (323) 207-3885
pmankin@paulmankin.com
Attorney for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HANH THI PHAN,** | Case No. 8:15-cv-00035-JVS-AN |
| Plaintiff, | **ORDER GRANTING STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITHOUT PREJUDICE** |
| vs. | |
| **MIDLAND CREDIT MANAGEMENT, INC., and DOES 1 through 10, inclusive,** | |
| Defendant. | |

    The Court has reviewed the Stipulation of Plaintiff, HANH THI PHAN, and Defendant, MIDLAND CREDIT MANAGEMENT, INC., to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Joint Stipulation between parties, the Court orders as follows:

///

[PROPOSED] ORDER RE DISMISSAL 1

1  That the above-entitled lawsuit is hereby dismissed, with prejudice,
2  pursuant to FRCP 41(a)(1). Each party shall bear its own fees and costs.

**IT IS SO ORDERED**

DATED: May 6, 2015         _____
                           UNITED STATES DISTRICT JUDGE